UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEBRA A. ELLIOTT,

    Plaintiff,

v.                               **ORDER**
                                  Civil File No. 12-1741 (MJD/JSM)

CAROLYN W. COLVIN,

    Defendant.

Gerald S. Weinrich, Weinrich Law Office, Counsel for Plaintiff.

Ana H. Voss, Assistant United States Attorney, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 23, 2013. Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Mayeron dated July 23, 2013.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 23, 2013 [Docket No. 17].

2. Plaintiff's Motion for Summary Judgment [Docket No. 11] is **DENIED**.

3. Defendant's Motion for Summary Judgment [Docket No. 14] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   August 26, 2013          s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court